**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MIGUEL ANGEL GARCIA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>FELICIA PONCE, Warden,<br><br>　　　　Respondent. | Case No. CV 17-5357 VAP (SS)<br><br><br>**JUDGMENT** |

 Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

 **IT IS HEREBY ADJUDGED** that the above-captioned action is dismissed with prejudice.

DATED: July 6, 2018

                                                            _____
                                                            VIRGINIA A. PHILLIPS
                                                            CHIEF UNITED STATES DISTRICT JUDGE